UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN A. CLARK, | No. 13-CV-400 (LAP) |
| Plaintiff, | No. 13-CV-5757 (LAP) |
| -against- | No. 13-CV-6460 (LAP) |
| DEPARTMENT OF JUSTICE, JOHN DOE, | No. 14-CV-321 (LAP) |
| | No. 14-CV-447 (LAP) |
| Defendants. | No. 14-CV-831 (LAP) |
| | No. 18-CV-10038 (LAP) |

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Clerk of the Court shall note Mr. Clark's consent to electronic service in the cases listed on the attached consent.

SO ORDERED.

Dated:  October 15, 2020
        New York, New York

*(signed)* Loretta A. Preska
_____
LORETTA A. PRESKA, U.S.D.J.

United States District Court
Southern District of New York
Pro Se Office

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 13  AM 11: 22

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Note: This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234): dkt #08-7443 (AKH), dkt # 12-9279 (AKH) dkt. #13-cv-400 (LAP), dkt #13-cv-5757 (LAP), dkt #13-cv-6460 (LAP) dkt. #14-cv-321 (LAP), dkt # 14-cv-447 (LAP), dkt. #14-cv-831, dkt # 15-cv-5863 (cm), dkt #18-cv-10038, dkt #18-cv-9354, dkt #15-cv-9836

CLARK, Sean A
Name (Last, First, MI)

93 4th Avenue 11Z2,  New York,  New York  10003
Address          City         State       Zip Code

917-242-2573     seantellc_22@yahoo.com
Telephone Number     E-mail Address

September 28, 2020    [signature]
Date                  Signature

Updated correct email for clerk on 10/13/2020
Total of twelve docketed previous cases above!

Return completed form to:
Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007